MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
Asa W. Markel (Bar No. 263029)
amarkel@masudafunai.com
19191 South Vermont Avenue, Suite 420
Torrance, CA  90502
Telephone:  (310) 630-5900
Facsimile:  (310) 630-5909

Attorneys for Plaintiff Serene AST, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SERENE AST, LLC, | Case No: 5:18-cv-04531 |
| Plaintiff, | |
| vs. | **PLAINTIFF SERENE AST, LLC'S NOTICE OF VOLUNTARY DISMISSAL** |
| CURTIS O. FLETCHER, | Judge:  Hon. Susan van Keulen |
| Defendant. | |

Pursuant to Rule 41(a), Fed. R. Civ. P., Plaintiff Serene AST, LLC hereby gives notice of its dismissal of the above-captioned action, without prejudice.  No answer has been filed in this action, accordingly, the dismissal is effective as of the date below.

DATED: November 8th, 2018            MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

_____
Asa W. Markel

Attorneys for Plaintiff Serene AST, LLC

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the City of Torrance, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502. On the date signed below, I served the documents named below on the parties listed below as follows:

**PLAINTIFF SERENE AST, LLC'S NOTICE OF VOLUNTARY DISMISSAL**

☐ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above referenced document(s) to be transmitted electronically to the interested parties in this action in their most recently known email addresses, via the Court's ECF system.

    Eric Nieuwenhuis Kniffin, Esq.    ekniffin@lrrc.com
    Lewis Roca Rothgerber Christie LLP
    90 South Cascade Avenue, Suite 1100
    Colorado Springs, Colorado 80903-1662
    Tel: 719.386.3017
    Fax: 719.386.3070
    Counsel for Defendant Curtis O. Fletcher
    (via ECF)

☐ (BY PERSONAL SERVICE WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☐ (BY FEDERAL EXPRESS WHERE INDICATED) I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on November 8, 2018 at Torrance, California.    */s/ Yuko Perdue*
                                                                                            Yuko Perdue